AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America )
v. )
) Case: 1:25-mj-00150
Amarion Langston ) Assigned To: Judge Upadhyaya. Moxila A.
DOB: XXXXXX ) Assign. Date: 8/18/2025
) Description: COMPLAINT W/ARREST WARRANT
)
)

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 16, 2025_____ in the District of __Columbia__, the defendant(s) violated:

_Code Section_                          _Offense Description_

18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Complainant's signature_

Kevin Brennan, Officer
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    08/18/2025

_Judge's signature_

City and state:        Washington, D.C.        Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_